| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------<br>In the Matter of the Arbitration Between:<br><br>GLOBAL REINSURANCE CORPORATION - U.S. BRANCH,<br><br>                              Petitioner,<br><br>               -against-<br><br>ARGONAUT INSURANCE COMPANY,<br><br>                              Respondent.<br>---------------------------------------- | Docket No. _____<br><br>NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD |

    PLEASE TAKE NOTICE, that upon the accompanying Petition of Petitioner, GLOBAL Reinsurance Corporation - U.S. Branch ("Global"), the Declaration of Ivan V. Miletic dated September 25, 2007, and Petitioner's Memorandum of Law dated September 25, 2007, the undersigned will petition this Court, located at the United States Courthouse, 500 Pearl Street, New York, New York, on _____ at _____, or as soon thereafter as counsel can be heard, for an Order pursuant to the provisions of the Federal Arbitration Act, Title 9, United States Code, Sections 1 et seq., confirming and reducing to a Judgment of the Court the Final Award issued on May 23, 2007, in the arbitration between the parties, and granting Petitioner post-award interest and

653436w

such other further relief as the Court may deem just and proper.

Pursuant to the Local Civil Rules of this Court, responsive papers, if any, must be served on the undersigned within ten business days of the service hereof.

Dated: September 25, 2007
       Short Hills, New Jersey

                        BUDD LARNER, P.C.
                        140 Broadway, 46th Floor
                        New York, New York 10005
                        (212) 946-2798

                        - and -

                        150 John F. Kennedy Parkway
                        Short Hills, New Jersey 07078
                        (973) 379-4800

                        Attorneys for Petitioner
                        GLOBAL Reinsurance
                        Corporation - U.S. Branch

                        BY: _____
                        Joseph J. Schiavone (JS 7303)
                        Jeffrey S. Leonard (JL 5931)
                        Ivan V. Miletic (IM 9922)

653436w