```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- :
In the Matter of the Arbitration       : Docket No. _____
Between:                               :
                                       :
GLOBAL REINSURANCE CORPORATION - U.S.  :
BRANCH,                                :
                                       :
                       Petitioner,     :
                                       :
          -against-                    :
                                       :
 ARGONAUT INSURANCE COMPANY,           :
                       Respondent.     :
-------------------------------------- :
                                       :
```

## RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner GLOBAL Reinsurance Corporation - U.S. Branch states that GLOBALE Rückversicherungs Aktiengesellschaft is the parent corporation of GLOBAL Reinsurance Corporation - U.S. Branch, and that there are no other parent corporations or publicly held corporations that own 10% or more of its stock.

653439w

Dated: September 25, 2007
Short Hills, New Jersey

BUDD LARNER, P.C.
140 Broadway, 46th Floor
New York, New York 10005
(212) 946-2798

-and-

150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Petitioner

By: _____

Joseph J. Schiavone (JS 7303)
Jeffrey S. Leonard (JL 5931)
Ivan V. Miletic (IM 9922)

653439w