# EXHIBIT H

**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

WRITER'S DIRECT DIAL: (973) 315-4434
WRITER'S DIRECT E-MAIL: jleonard@budd-larner.com

October 20, 2005

DEMAND FOR ARBITRATION

BY TELECOPIER AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Argonaut Insurance Co.
c/o Insurance Run-Off Consultants
8750 West Bryn Mawr, Suite 1300
Chicago, Illinois 60631

Attention: Mr. Donald J. Buyck

Re: In the Matter of the Arbitration Between
Global Reinsurance Corp. - U.S. Branch
and Argonaut Insurance Co.
Retrocessional Billings in Respect of
Hartford and First State Commutation
Excess Per Risk Facultative Casualty Contract
First Excess Facultative Casualty Contract
Second Excess Facultative Casualty Contract
Third Excess Facultative Casualty Contract
Fourth Excess Facultative Casualty Contract

Dear Mr. Buyck:

This firm is counsel to Global Reinsurance Corp. - U.S. Branch f/k/a Gerling Global Reinsurance Corp. - U.S. Branch ("U.S. Branch"), located at 1345 Avenue of the Americas, New York, New York. U.S. Branch hereby gives notice of its intent to arbitrate against Argonaut Insurance Co. ("Argonaut") all disputed issues relating to U.S. Branch's claim for payment of outstanding retrocessional balances owed to it by Argonaut in connection with U.S. Branch's commutation with its cedents, the Hartford and First State companies ("Hartford"). U.S. Branch will also seek pre-hearing security for the full amount due and

Mr. Donald J. Buyck
October 20, 2005
Page 2

**BUDD LARNER**
A PROFESSIONAL CORPORATION

an award of interest, attorney's fees and other appropriate relief.

U.S. Branch hereby appoints Richard L. White as its arbitrator. Mr. White's CV is attached.

U.S. Branch hereby demands that Argonaut appoint and identify its arbitrator within thirty (30) days. In the event that Argonaut fails to appoint and identify its arbitrator within that time, U.S. Branch will appoint Argonaut's arbitrator on its behalf.

Very truly yours,

Jeffrey S. Leonard

JSL:jmc
Enclosure
568185-W

cc: Joseph J. Schiavone, Esq.
    Virginia A. Pallotto, Esq.
    Mr. Richard L. White



**Richard L. White**
Certified Arbitrator


IMPROVING ARBITRATION

### Personal Information

Address: 58 Pine Blvd.
Cedar Knolls, NJ 07927
Phone: 973-292-2421
Attorney: No

### Current Employment

Company: **Integrity Insurance Company in Liquidation**
Position: Deputy Liquidator - Responsible for orderly wind-up of the Estate's obligations affecting claims allowance, reinsurance collections and litigation management.
Address: 49 E. Midland Avenue
Paramus, NJ 07652
Phone: 201-261-8938
Fax: 201 262 0249
Email: deputy@licil.org

### Previous Employment

Company: **The Resolution Group (a subsidiary of Talegen & Crum & Forster)**
Position: Sr. VP, responsible for establishing financial, systems, and human resources functions for insurance run-off organizations as a result of restructuring plan approved by Insurance Departments of all fifty states.

### Credentials

Certified Public Accountant

### Principal Areas of Insurance/Reinsurance Experience

Financial (Insurance/Reinsurance);
Commutation/Collection of Reinsurance;
Allocation of Reinsurance.

### Other Information

Investment Income Chapter: Property-Liability Insurance Textbook, The College of Insurance 1984; Mealey's Insurance Insolvency: "Receivership: A Generational Commitment or Expeditious Solution," June 1, 1996; Mealey's Insurance Insolvency: "Aggiornamento: A Tonic

### Years of Experience

**Insurance:** 13
**Reinsurance:** 2
**Other:** Insolvency for 9 years

### Number of Arbitrations

As an Arbitrator: 19
As an Umpire: 13

### Completed Arbitrations (Award Issued)

As an Arbitrator: 10
As an Umpire: 8

for Insolvencies", October 10, 1996; Mealey's Insurance Insolvency: "Truncation and Reinsurer Objections," May 7, 1997; Best's Review: What Am I Bid? - "An Endgame for Receiverships;" Mealey's Environmental Conference: "Insolvency Clause - "The Emperor's Old Clothes," November, 1997. Mealey's Litigation Reports: "Reinsurance; Alternatives to Estimation of Claims and Acceleration of Reinsurance Recoverables," May 6, 1999 Mealey's Insurance Insolvency Conference: "Early Closing of Insolvent Insurers." Outsourcing to Guarantee Associations, May 2-3, 1999.

### Search Keywords

**Professional Background**

- Finance Department
- Former Insurance Company Officer
- Former Reinsurance Company Officer

| Insurance | Reinsurance |
|---|---|
| - Architects & Engineers | - Architects & Engineers |
| - Actuarial | - Actuarial |
| - Agricultural | - Agricultural |
| - Asbestos | - Audit |
| - Audit | - Automobile Liability/Property |
| - Automobile Liability/Property | - Aviation |
| - Aviation | - Claims |
| - Captives | - Construction Defects |
| - Claims | - Director & Officer Liability |
| - Commutations | - Fidelity & Surety |
| - Construction Defects | - Financial Guarantee |
| - Director & Officer Liability | - Hazardous Waste |
| - Disability | - Intellectual Property |
| - Employment Practices Liability | - Professional Liability |
| - Excess/Surplus Lines | - Program Business |
| - Expert Witness | - Run-Off |
| - Fidelity & Surety | - Self Insurance |
| - Financial Guarantee | - Third Party Administrator |
| - Finite Risk | - Treaty |
| - Liability | - Underwriting |
| - Hazardous Waste | - Workers' Compensation |
| - Intellectual Property | |
| - Marketing | |
| - Professional Liability | |
| - Program Business | |
| - Property/Highly Protected Risk | |
| - Retrospective Rating | |

- Risk Purchasing/Retention Groups
- Run-Off
- Self Insurance
- Third Party Administrator
- Treaty
- Underwriting

site by
Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing