# EXHIBIT J

**THIS EXHIBIT REDACTED/WITHHELD
PURSUANT TO COURT'S 1/4/08 ORDER**