# EXHIBIT K

**THIS EXHIBIT REDACTED/WITHHELD PURSUANT TO COURT'S 1/4/08 ORDER**