| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------<br>In the Matter of the Arbitration<br>Between:<br><br>GLOBAL REINSURANCE CORPORATION – U.S. BRANCH,<br><br>                                Petitioner,<br><br>                      -against-<br><br>ARGONAUT INSURANCE COMPANY,<br><br>                                Respondent.<br>---------------------------------------- | Docket No. _____<br><br>MOTION TO FILE ALL<br>DOCUMENTS UNDER SEAL |

TO:   CLERK OF THE COURT
       United States District Court
       Southern District of New York
       Daniel Patrick Moynihan United States Courthouse
       500 Pearl Street
       New York, NY 10007-1312

PLEASE TAKE NOTICE that Petitioner, GLOBAL Reinsurance Corporation – U.S. Branch ("Global"), hereby moves before the United States District Court for the Southern District of New York for an Order sealing all documents in this action. In support of this motion, Petitioner relies on the attached Declaration of Ivan V. Miletic dated September 25, 2007 and the accompanying Memorandum of Law.

653435w

Respectfully submitted,

BUDD LARNER, P.C.
140 Broadway, 46th Floor
New York, New York 10005
(212) 946-2798

　　-and-

150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Petitioner
GLOBAL Reinsurance
Corporation - U.S. Branch

BY: /s/ Ivan V. Miletic
JOSEPH J. SCHIAVONE (JS 7303)
JEFFREY S. LEONARD (JL 5931)
IVAN V. MILETIC (IM 9922)

Dated: September 25, 2007
Short Hills, New Jersey

653435w