UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In the Matter of the Arbitration    :   07-CV-8350 (PKC)
Between:                            :
                                    :   **NOTICE OF APPEARANCE**
GLOBAL REINSURANCE CORPORATION -    :
U.S. BRANCH,                        :
                                    :
                      Petitioner,   :
                                    :
           -against-                :
                                    :
ARGONAUT INSURANCE COMPANY,         :
                      Respondent.   :
_____ :

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that petitioner GLOBAL Reinsurance Corporation – U.S. Branch, ("Global") is represented by the firm of Budd Larner, P.C. in the above-captioned matter. Joseph J. Schiavone hereby enters his appearance as "lead attorney to be noticed" on behalf of Global. In addition to Joseph J. Schiavone, Jeffrey S. Leonard and Ivan V. Miletic also enter their appearances as counsel of record on behalf of Global. Accordingly, Global respectfully requests that any future Notices of Electronic Filing related to this

case be forwarded to Joseph J. Schiavone (jschiavone@budd-larner.com), Jeffrey S. Leonard (jleonard@budd-larner.com), and Ivan V. Miletic (imiletic@budd-larner.com ).

|  |  |
|---|---|
|  | BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078<br>(973) 379-4800<br>(973) 379-7734 (fax) |
| Dated: March 6, 2008<br>Short Hills, New Jersey | Joseph J. Schiavone (JS 7303)<br>Jeffrey S. Leonard (JL 5931)<br>Ivan V. Miletic (IM 9922)<br>Attorneys for Petitioner<br>GLOBAL Reinsurance<br>Corporation - U.S. Branch. |

669752