UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between | Docket No. 07cv8350 |
| GLOBAL REINSURANCE CORPORATION - U.S. BRANCH, | |
| Petitioner, | **FILED UNDER SEAL** |
| v. | |
| ARGONAUT INSURANCE COMPANY, | |
| Respondent | |

## APPEARANCE

Please enter my appearance as attorney for the Respondent **ARGONAUT INSURANCE COMPANY** in the above-entitled case.

Respectfully Submitted,

By_____s/_____
Dan E. LaBelle
HALLORAN & SAGE  LLP
Fed. Bar # DL2779
315 Post Road West
Westport, CT 06880
 E-mail: labelle@halloran-sage.com
(203) 227-2855

Counsel for Respondent Argonaut Insurance Company

Of Counsel:

Theresa W. Hajost
Daniel A. Blumenthal
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(T)    (202) 496-9270
(F)    (202) 496-9279

1061768