UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of the Arbitration Between | * * * | Docket No. 07cv8350 |
| GLOBAL REINSURANCE CORPORATION - U.S. BRANCH, | * * * | |
| Petitioner, | * * | |
| v. | * * * | **FILED UNDER SEAL** |
| ARGONAUT INSURANCE COMPANY | * * | |
| Respondent | * * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Argonaut Insurance Company ("Argonaut") hereby certifies that Argonaut is a subsidiary of Argo Group International Holdings, Ltd. Argo Group International Holdings, Ltd. is a publicly traded company and no other publicly traded company owns more than ten percent of its stock.

Dated: Westport, CT
March 6, 2008

                                 HALLORAN & SAGE LLP

                                                                             s/
                                 Dan E. LaBelle, DL2779
                                 HALLORAN & SAGE LLP
                                 315 Post Road West
                                 Westport, CT  06880
                                 (T)    (203) 227-2855
                                 (F)    (203) 227-6992
                                 labelle@halloran-sage.com
                                 Counsel for Defendant Argonaut
                                     Insurance Company

*Of counsel:*
Theresa W. Hajost
Daniel A. Blumenthal
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
(T)    (202) 496-9270
(F)    (202) 496-9279

1061766