UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between | Docket No. 07 CV 8350 |
| GLOBAL REINSURANCE CORPORATION – U.S. BRANCH, | DECLARATION OF DAN E. LABELLE IN SUPPORT OF ARGONAUT INSURANCE COMPANY'S ANSWER |
| Petitioner, | |
| v. | FILED UNDER SEAL |
| ARGONAUT INSURANCE COMPANY, | |
| Respondent | |

**DECLARATION OF DAN E. LABELLE IN SUPPORT OF
ARGONAUT INSURANCE COMPANY'S ANSWER**

I, Dan E. LaBelle, declare the following to be true under penalty of perjury and pursuant to 28 U.S.C § 1746:

1. I am a partner with the law firm of Halloran & Sage LLP and counsel for the Petitioner, Argonaut Insurance Company. I am an attorney admitted to the New York Bar and before the United States District Court for the Southern District of New York. I counsel of record in this matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the First Excess of Loss Facultative Casualty Contract, effective January 1, 1966 through December 31, 1995 between Argonaut Insurance Company ("Argonaut") as retrocessionaire, and Global Reinsurance Corp. – U.S. Branch ("Global") as cedent.

3.  Attached hereto as Exhibit 2 is a true and correct copy of Clash Treaty No. 4753 between Argonaut as retrocessionaire and Global as cedent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008

                                                          s/
                                           Dan E. LaBelle

1057555