UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
_____
                                            *
In the Matter of the Arbitration Between:   *
                                            *
GLOBAL REINSURANCE CORPORATION -            *  Docket No: 07 CIV 8196 (KPC)
U.S. BRANCH                                 *
                                            *
        Petitioner,                         *
                                            *
and                                         *
                                            *
ARGONAUT INSURANCE COMPANY                  *
                                            *
        Respondent.                         *
_____   *

                                                       and

_____
                                            *
In the Matter of the Arbitration Between:   *
                                            *
GLOBAL REINSURANCE CORPORATION -            *  Docket No.: 07 CIV 8350 (KPC)
U.S. BRANCH                                 *
                                            *
        Petitioner,                         *
                                            *
and                                         *
                                            *
ARGONAUT INSURANCE COMPANY                  *
                                            *
        Respondent.                         *
_____   *

**NOTICE OF MOTION OF ARGONAUT INSURANCE COMPANY FOR RECONSIDERATION OF THE COURT'S JANUARY 4, 2008 FURTHER ORDER ON SEALED SUBMISSIONS, ENTERED FEBRUARY 28, 2008**

PLEASE TAKE NOTICE that upon the attached Memorandum in Support of Motion for Reconsideration, Respondent Argonaut Insurance Company ("Argonaut") will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New

York, New York, pursuant to F.R.C.P. 59(e), for an Order removing the seal from the record materials previously sealed pursuant to the Court's January 4, 2008 Further Order on Sealed Submissions (Entered February 28, 2008).

Dated: March 13, 2008
Westport, Connecticut

                                                  s/_____
                                                  DAN E. LABELLE, DL2779
                                                  HALLORAN & SAGE LLP
                                                  Attorneys for Argonaut Insurance Company
                                                  315 Post Road West
                                                  Westport, CT 06880
                                                  (203) 227-2855
                                                  (203) 227-6992 (Fax)
                                                  labelle@halloran-sage.com