UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL REINSURANCE CORP.  :  Docket No. 07 CV 8350 (PKC)
                                                       :
                                                       :  NOTICE OF MOTION
                                                       :  FOR PRO HAC VICE
                                                       :  ADMISSION

Petitioner,  :

- against -  :

ARGONAUT INSURANCE COMPANY  :

Respondent.  :

---

PLEASE TAKE NOTICE, that upon the attached Affidavits of Dan E. LaBelle, Esq. and Theresa W. Hajost, Esq., Respondent Argonaut Insurance Company will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the applicant, Theresa W. Hajost, Esq., who is a member in good standing of the bars of the States of Maryland and the District of Columbia, as evidenced by the Certificates of Good Standing annexed to said applicant's Affidavit, to be admitted pro hac vice to argue or try this case in whole and/or in part as counsel for Respondent. There are no pending disciplinary proceedings against the applicant in any State or Federal Court.

Dated: March   , 2008
Westport, Connecticut

                                          */s/ Dan E. LaBelle*
DAN E. LABELLE, DL2779
HALLORAN & SAGE LLP
Attorneys for Argonaut Insurance Company
315 Post Road West
Westport, CT 06880
(203) 227-2855
(203) 227-6992 (Fax)
labelle@halloran-sage.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REINSURANCE CORP. | Docket No. 07 CV 8350 (PKC) |
| | |
| | DECLARATION OF THERESA W. HAJOST |
| Petitioner, | |
| - against - | |
| ARGONAUT INSURANCE COMPANY | |
| Respondent. | |

I, Theresa W. Hajost, declare the following to be true under penalty of perjury and pursuant to 28 U.S.C § 1746:

1. I am a partner in the District of Columbia office of the law firm of Halloran & Sage, LLP, attorneys for Respondent, Argonaut Insurance Company ("Argonaut"), in this case.
2. I submit this Declaration in support of the motion for my admission *pro hac vice* to represent Argonaut in this matter.
3. I am an attorney admitted to the Bar of the State of Maryland since 1985 and the Bar of the District of Columbia since 1988. I am member in good standing of both bars. (A Certificate of Good Standing for the D.C. Bar is attached hereto as Exhibit A; a Certificate of Good Standing for the Maryland Bar is attached hereto as Exhibit B).
4. I have practiced law continuously since my admission in the State of Maryland in 1986. I have never been the subject of a disciplinary proceeding of any nature.
5. I have represented Argonaut in connection with the arbitration at issue in this matter since its inception. Argonaut has requested that I appear, with the Court's permission, as its attorney with Dan E. LaBelle, Esq. of Halloran & Sage, LLP who is a member of the bar of this Court.
6. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Executed on March 11, 2008.

_____

THERESA W. HAJOST
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
(202) 496-9270
(202) 496-9279 (Fax)
hajost@halloran-sage.com

# EXHIBIT A



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

THERESA W. HAJOST

was on the 3ʳᴰ day of FEBRUARY, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 7, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk

# EXHIBIT B

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of January, 1985,

## Theresa Wirtz Hajost

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this tenth day of March, 2008.

*[signature: Alexander L. Cummings]*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REINSURANCE CORP. | Docket No. 07 CV 8350 (PKC) |
| | |
| | DECLARATION OF DAN E. LABELLE |
| Petitioner, | |
| - against - | |
| ARGONAUT INSURANCE COMPANY | |
| Respondent. | |

I, Dan E. LaBelle, declare the following to be true under penalty of perjury and pursuant to 28 U.S.C § 1746:

1. I am a partner in the law firm of Halloran & Sage, LLP, attorneys for Respondent, Argonaut Insurance Company ("Argonaut") and attorney of record in this matter. I make this statement based on my personal knowledge of the facts set forth herein and in support of Argonaut's motion to admit Theresa W. Hajost as counsel *pro hac vice* to represent it in this matter.
2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 1981. I am also admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing with this Court.
3. I am also admitted to practice before the State of Connecticut, the District of Connecticut and the Circuit Court of Appeals.
4. I have known Theresa W. Hajost since 2001.
5. Theresa W. Hajost is a partner in Washington, D.C. office of Halloran & Sage, LLP.
6. I have found Ms. Hajost to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.
7. Accordingly, I am pleased to move for the admission of Theresa W. Hajost, *pro hac vice*.
8. I respectfully submit a proposed order granting the admission of Theresa W. Hajost, *pro hac vice*.

WHEREFORE it is respectfully requested that the motion to admit Theresa W. Hajost, *pro hac vice*, to represent Argonaut in the above captioned matter, be granted.

Executed on March    , 2008

                                            DAN E. LABELLE, DL2779
                                            HALLORAN & SAGE LLP
                                            Attorneys for Argonaut Insurance Company
                                            315 Post Road West
                                            Westport, CT 06880
                                            (203) 227-2855
                                            (203) 227-6992 (Fax)
                                            labelle@halloran-sage.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REINSURANCE CORP. | Docket No. 07 CV 8350 (PKC) |
| | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| Petitioner, | |
| - against - | |
| ARGONAUT INSURANCE COMPANY | |
| Respondent. | |

Upon the motion of Dan E. LaBelle attorney for Argonaut Insurance Company and his Declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Theresa W. Hajost |
| Firm Name: | Halloran & Sage LLP |
| Address: | 1730 Pennsylvania Avenue, N.W. Suite 800 |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | 202) 496-9270/(202) 496-9279 |
| Email Address: | hajost@halloran-sage.com |

is admitted to practice pro hac vice as counsel for Argonaut Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REINSURANCE CORP. | Docket No. 07 CV 8350 (PKC) |
| | CERTIFICATE OF SERVICE |
| Petitioner, | |
| - against - | |
| ARGONAUT INSURANCE COMPANY | |
| Respondent. | |

    I, DAN E. LABELLE, certify that a true and correct copy of the Notice of Motion for Admission *pro hac vice* of Theresa W. Hajost, the Declaration of Theresa W. Hajost, and the Declaration of Dan E. LaBelle, and the Proposed Order for Admission of Theresa W. Hajost Pro Hac Vice, was served on counsel for Petitioner Global Reinsurance Corp. of America by E-mail and FedEx on March   , 2008 as follows:

Jeffrey S. Leonard, Esq.
Virginia A. Pallotto, Esq.
Joseph J. Schiavone, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078
jleonard@budd-larner.com
jschiavone@budd-larner.com
vpallotto@budd-larner.com

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March   , 2008.

DAN E. LABELLE, DL2779
HALLORAN & SAGE LLP
Attorneys for Argonaut Insurance Company
315 Post Road West
Westport, CT 06880
(203) 227-2855
(203) 227-6992 (Fax)
labelle@halloran-sage.com