**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

**MEMO ENDORSED**

WRITER'S DIRECT DIAL: (973) 315-4542
WRITER'S E-MAIL: imiletic@budd-larner.com

March 17, 2008

**BY FACSIMILE (212) 805-7949**

Hon. P. Kevin Castel, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 2260
New York, NY 10007

> Re: **GLOBAL Reinsurance Corporation – U.S. Branch v. Argonaut Insurance Company**
> **Civil Actions 07-cv-8196 (KPC) and 07-cv-8350 (KPC)**

Dear Judge Castel:

As Your Honor knows, we represent Petitioner GLOBAL Reinsurance Corporation – U.S. Branch in the above-referenced matters. There is presently an Initial Pretrial Conference in connection with these matters scheduled for Friday, April 4, 2008. In accordance with Your Honor's Individual Practices, we are writing to request an adjournment of that Conference to Friday, April 11, 2008, or, alternatively, to Friday, April 18, 2008.

We have contacted counsel for Respondent Argonaut Insurance Company and obtained counsel's consent to our request. There have been no previous requests made to adjourn the Initial Pretrial Conference. Also, this adjournment request does not affect any other scheduled dates or deadlines.

Please contact us if Your Honor has any questions.

Respectfully Yours,

*Ivan V. Miletic* (signature)
IVAN V. MILETIC

*[Handwritten endorsement: Adjourned. Initial Pretrial Conference is adjourned to April 18, 2008 at 4:30 pm. SO ORDERED. (signed) U.S.D.J. 3-17-]*

671121w
cc: Dan LaBelle, Esq. (by facsimile and e-mail)
Jeffrey S. Leonard, Esq. (by e-mail only)