```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GLOBAL REINSURANCE CORPORATION -
U.S. BRANCH,

                Plaintiff,                      07 CIVIL 8350 (PKC)

        -against-                        **JUDGMENT**

ARGONAUT INSURANCE CO.,
                Defendant.
-------------------------------------------------------X

      Plaintiff having moved to confirm arbitration awards, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on April 18, 2008, having rendered its Order directing the Clerk of the Court to enter final judgment in favor of Global Reinsurance Corporation - U.S. Branch confirming the arbitration awards of May 23, 2007 and June 27, 2007 against Argonaut Insurance Co., it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 18, 2008, final judgment is entered in favor of Global Reinsurance Corporation - U.S. Branch confirming the arbitration awards of May 23, 2007 and June 27, 2007 against Argonaut Insurance Co.

**Dated:** New York, New York
         April 23, 2008                           J. MICHAEL McMAHON
                                                          Clerk of Court
                                       BY:
                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____