UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GLOBAL REINSURANCE
CORPORATION—U.S. BRANCH,

       Plaintiff,

   -against-

ARGONAUT INSURANCE CO.,

       Defendant.
-----------------------------------------------------------x

07 Civ. 8350 (PKC)

CORRECTED

ORDER GRANTING PETITION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

P. KEVIN CASTEL, U.S.D.J.

   This is a petition to confirm arbitration awards of a three-person panel, after an evidentiary hearing. This Court has reviewed the final award and the "Supplemental Order." Miletic Decl , 07 Civ. 8350 (PKC) at Ex. J & K. Argonaut Insurance Co., the party against whom relief was awarded, appeared in open court today and stated it did not oppose confirmation. (Transcript of April 18, 2008) While it would be disingenuous of the Court to state that it fully understands the underlying dispute before the panel or the magnitude of the relief awarded, I am able to say, so far as the record has been presented, that the awards warrants confirmation. D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006).

   The Clerk is directed to enter final judgment in favor of Global Reinsurance Corporation—U.S. Branch confirming the arbitration awards of May 23, 2007 and June 27, 2007 against Argonaut Insurance Co.

SO ORDERED.

*[signature]*

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 24, 2008